Attn: Clerk of the Court

RE: Case Number: 13-CR-00081-rbj

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**OCT 16 2019**

JEFFREY P. COLWELL
CLERK

I Robert Brewster, SUI JURIS and In Forma Pauperis currently in the above stated case, request an updated docket, and a copy of the Indictment to be sent to me.

My Mailing address is:

Robert Arthur Brewster   #39284-013
FEDERAL CORRECTIONAL INSTITUTION - La Tuna
PO BOX 3000
Anthony NM 88021-9897


Please be sure that on the envelope is fully and properly displayed the address of the Court, Who sent by underlined in red ink, and to me marked as "SPECIAL/LEGAL MAIL: Open only in the presence of the inmate" persuant to CFR 540.18.

Thank You for your assistance.

_[signature]_  10/19/2019
Robert Arthur Brewster   39284-013
FCI - La Tuna
PO BOX 3000
Anthony NM 88021-9897

PARALEGAL

